THE HONORABLE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHRISTOPHER BLANKENSHIP,

        Plaintiff,

v.

NATIONAL RAILROAD PASSENGER CORPORATION, a/k/a AMTRAK, a Washington, D.C. Corporation,

        Defendant.

No. C08-5116 FDB

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED by and among counsel for plaintiff, Christopher Blankenship, and counsel for defendant, National Railroad Passenger Corporation ("Amtrak"), that plaintiff's claims in this action have been fully compromised and settled, and that plaintiff's claims are dismissed with prejudice and without costs to any of the aforementioned parties.

DATED this 16th day of September, 2009.

THORNTON MOSTUL, P.L.L.C.

By s/June K. Campbell per email authority
  George A. Thornton
WSBA No. 8198
Attorneys for Plaintiff

LANE POWELL PC

By s/June K. Campbell
  June K. Campbell, WSBA No. 11427
Attorneys for Defendant National Railroad Passenger Corporation

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 1
Case No. C08-5116 FDB

019188.0244/1735561.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

# **ORDER**

Pursuant to the foregoing stipulation, it is hereby

ORDERED, ADJUDGED AND DECREED that plaintiff's claims herein are hereby dismissed with prejudice and without costs to any of the aforementioned parties.

DATED this 17th day of September, 2009.

*[signature]*

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

LANE POWELL PC

By s/June K. Campbell
  June K. Campbell, WSBA No. 11427
Attorneys for Defendant National Railroad Passenger Corporation

Approved as to Form; Notice
of Presentation Waived; Copy
Received:

THORNTON MOSTUL, P.L.L.C.

By s/June K. Campbell per email authority
  George A. Thornton
WSBA No. 8198
Attorneys for Plaintiff

STIPULATION AND ORDER OF DISMISSAL WITH
PREJUDICE - 2
Case No. C08-5116 FDB

019188.0244/1735561.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107